IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> S. M. R. JEWELL, in her official capacity as ) <br> Secretary of the United States Department of ) <br> the Interior, et al., ) <br> ) <br> Defendants. ) <br> _____) | No. 1:16-cv-01008-EGS <br><br> **FILED** <br> JUL 1 4 2016 <br> Clerk, U.S. District & Bankruptcy <br> Courts for the District of Columbia |

**[PROPOSED] ORDER**

The terms and conditions of the parties' Stipulated Settlement Agreement are hereby adopted as an enforceable ORDER of this Court.

IT IS SO ORDERED.

Dated: 7/13/____, 2016

By: _____
THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

1